DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERRY JOUBERT,**
Appellant,

v.

**ERIN JOUBERT,**
Appellee.

No. 4D22-2617

[April 6, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. FMCE22009345.

Steven D. Miller of Steven D. Miller, P.A., Plantation, for appellant.

Meaghan Marro of Marro Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***